**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:26-cv-26218-KMW**

NESTOR A. PROVEYER,

Plaintiff,

vs.

AUTONATION, INC., a Foreign Profit Corporation
D/B/A AUTONATION HONDA MIAMI LAKES,

Defendant.
_____________________________________________/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, Nestor A. Proveyer ("Plaintiff") and Defendant, AutoNation, Inc., d/b/a AutoNation Honda Miami Lakes ("Defendant") (Plaintiff and Defendant are collectively referred to as the "Parties"), hereby notify the Court that the Parties have reached an agreement in principle that resolves all claims that were or could have been brought in this action and are in the process of working on the Settlement Agreement. The Parties request that the Court stay all matters and pending deadlines in this Action and grant the Parties thirty (30) days to finalize their written Settlement Agreement and to submit the appropriate notices and/or stipulations to the Court regarding dismissal of the Action.

Jointly submitted this 5th day of October, 2026.

**ADAMS & ASSOCIATES, P.A.**
*Co-Counsel for Plaintiff*
6500 Cow Pen Road, Suite 101
Miami Lakes, Florida 33014
Telephone: (786) 290-1963
Facsimile: (305) 824-3868

By: *<u>/s/ Richard J. Adams</u>*
Richard J. Adams, FBN 770434
radamslaw7@gmail.com

**GRAYROBINSON, P.A.**
*Counsel for Defendant*
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887

By: *<u>/s/ Anastasia Protopapadakis</u>*
Anastasia Protopapadakis, FBN 51426
anastasia.protopapadakis@gray-robinson.com

**MENDEZ LAW OFFICES, PLLC**
*Co-Counsel for Plaintiff*
P.O. Box 228630
Miami, Florida 33172
Telephone: (305) 264-9090
Facsimile: (305) 809-8474

By: *___/s/ Diego G. Mendez_________*
Diego G. Mendez, FBN 52748
info@mendezlawoffices.com