UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DADE DIVISION

NESTOR PROVEYER CASE NO. 1:26-cv-26218-KMW

Plaintiff,

vs.

AUTONATION, INC.
Defendant,
_______________________________________/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, NESTOR PROVEYER, through undersigned counsel, hereby voluntarily dismisses this action with prejudice against Defendant, AUTONATION, INC., pursuant to the Federal Rules of Civil Procedure. Each party shall bear its own attorney's fees and costs.

Submitted by:

Mendez Law Offices, PLLC
Attorneys for Plaintiff
P.O. BOX 228630
Doral, Florida 33222
Telephone: 305.264.9090
Facsimile: 305.809.8474
Email:info@mendezlawoffices.com
By: /s/ Diego German Mendez
DIEGO GERMAN MENDEZ, ESQ.
FL BAR NO.: 52748

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 27, 2026, a true and correct copy of the foregoing was served through the Court's CM/ECF system on all counsel of record.

/s/ Diego German Mendez